[No. 8776–0–III.   Division Three.   June 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL J. MARANG, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87–1–00120–8, Howard Hettinger, J., entered June 30, 1987. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.

[No. 8391–8–III.   Division Three.   June 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN ARTHUR McNEELY, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 1938, Charles W. Cone, J., entered February 3, 1987. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.

[No. 8461–2–III.   Division Three.   June 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LORETTA F. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 86–1–00134–5, Fred Van Sickle, J., entered February 17, 1987. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.